IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBER ESKRIDGE | : |
| Plaintiff, | : Case No. _____ |
| v. | : |
| | : Judge _____ |
| JPMORGAN CHASE | : |
| Defendant. | : |

STATE OF OHIO       )
                    )
COUNTY OF FRANKLIN  )

### AFFIDAVIT OF RON JONES

I, Ron Jones, having business address at 3415 Vision Drive, Columbus, Ohio 43219, after being duly sworn according to law, do hereby voluntarily state the following:

1. I am over eighteen (18) years of age and have personal knowledge of and am competent to testify to the facts contained in this affidavit.

2. I am employed by Chase Home Finance LLC ("the Company") in human resources. The Company is a Delaware Limited Liability Company with its principal place of business in Iselin, New Jersey.

_____
Ron Jones

Sworn to and subscribed before me, a Notary Public, on this 13 day of March, 2007.



SYLVIA A. DORSEY
Notary Public, State of Ohio
Franklin County
My Commission Expires Nov. 4, 2007

_____
Notary Public

{H0877575.1}

** B **
ALL-STATE LEGAL®