UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMBER ESKRIDGE, | ) | CASE NO. 1:07CV727 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| JP MORGAN CHASE, etc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J.:

This matter came before the Court for a Settlement Conference on September 25, 2007, scheduled pursuant to the Case Management Plan entered April 12, 2007, and amended by this Court's Order of July 23, 2007. By the terms of the Case Management Plan and Order, and pursuant to the Local Rules of the Northern District, all parties and lead counsel are required to be present. Plaintiff, Amber Eskridge, did not appear (the Court has been advised she is currently incarcerated) and has refused to communicate with her counsel regarding this litigation or the settlement to which she purportedly agreed. The Court finds Plaintiff's refusal to cooperate with her legal advisors and failure to comply with the procedures and orders of this Court are unacceptable and sanctionable.

The Court, therefore, orders Plaintiff's Complaint dismissed for want of prosecution; but holds this sanction in abeyance, to permit consideration of Defendant's proposed motion. Defendant is granted leave to file a Motion to Enforce Settlement Agreement by September 28, 2007. Plaintiff's Opposition Brief is due on or before October 19, 2007.

**IT IS SO ORDERED.**

DATE: 9/25/07

_____
CHRISTOPHER A. BOYKO
United States District Judge

FILED

SEP 25 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O
CLEVELAND